PROB 12C
(6/16)

ECF No. 73
Report Date: August 27, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerry Glenn Allen | Case Number: 0980 2:18CR00057-TOR-1 |

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 1, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession With Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | | |
| Original Sentence: | Prison - 84 Months; TSR - 48 Months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (February 20, 2025) | Prison - 6 Months; TSR - 42 Months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 5, 2025 | |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: February 4, 2029 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/26/2025.

On August 7, 2025, Mr. Jerry Allen signed his conditions relative to case number 2:18CR00057-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Jerry Allen is alleged to have violated special condition number 7 by ingesting alcohol as previously occurring on or about August 27, 2025, based on both urinalysis testing and the subject's admission of such use. |
| | Specifically, on August 27, 2025, Mr. Allen was directed to report to the U.S. Probation Office at 9 a.m. to address those concerns as previously outlined in the petition dated August 26, 2025, and to submit to urinalysis testing. Mr. Allen arrived promptly just after 8:30 a.m., |

Prob12C
**Re: Allen, Jerry Glenn**
**August 27, 2025**
**Page 2**

after which he was escorted to the U.S. Probation Office, since he did not have identification. Mr. Allen was again advised as to his need to submit to urinalysis testing. Mr. Allen denied being able to submit to urinalysis testing, and then required in excess of a 1 hour period of time prior to submitting a urinalysis sample as directed.

Mr. Allen had previously indicated continued sobriety to the undersigned officer on several occasions prior to submitting to urinalysis testing. Following the subject's submitting a sample for testing, which appeared dilute, the sample reflected as being presumptive positive for alcohol. Mr. Allen again initially denied use, himself wanting to view the built in testing strip, but upon being questioned further, Mr. Allen admitted to ingesting two beers and part of a margarita as previously occurring on or about August 25, 2025. Mr. Allen initially stated that he had not disclosed his use of alcohol to the undersigned officer as he did not consider it a "big deal." Mr. Allen further clarified that he found it difficult to comprehend that he was a grown man, but could not drink an alcoholic beverage and offered that he was not using illicit drugs or ingesting alcohol in large quantity. Mr. Allen did sign a use admission form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 27, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer

August 27, 2025

Date