PROB 12C
(6/16)

ECF No. 69-0

Report Date: August 26, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerry Glenn Allen | Case Number: 0980 2:18CR00057-TOR-1 |

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 1, 2018

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 84 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 20, 2025) | Prison - 6 Months; TSR - 42 Months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 5, 2025 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: February 4, 2029 |

### PETITIONING THE COURT

To issue a **warrant**.

On August 7, 2025, Mr. Jerry Allen signed his conditions relative to case number 2:18CR00057-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Jerry Allen is alleged to have violated mandatory condition number 1 by being arrested in Spokane, Washington, on August 22, 2025, for the offenses of First Degree Robbery, in violation of 9A.56.200, a Class A felony; and Third Degree Theft, in violation of 9A.56.050, a gross misdemeanor. |
| | Specifically, on August 25, 2025, the undersigned officer received collateral information as to the presence of a news article on the Spokane Police Department's Facebook page that detailed an arrest that the agency had effected on August 22, 2025, and that appeared to describe the subject as being the perpetrator of both robbery and theft. Mr. Allen was contacted telephonically on the day in question, who detailed an incident that had occurred |

Prob12C
**Re: Allen, Jerry Glenn**
**August 26, 2025**
**Page 2**

"a couple of days ago," at a My Fresh Basket store, in which he described having selected two sandwiches and a chocolate milk from store shelves, after which he then traveled to use their microwave to warm up the food, which he clarified was in a different area of the building. Mr. Allen advised that he was confronted by store staff who accused him of not paying for the food. Mr. Allen admitted that he was subsequently arrested, but then later released from the Spokane County Jail that same day. Mr. Allen indicated his belief was that the charges would be dropped as he had since paid for the grocery items in question.

On August 25, 2025, the police reports outlining Mr. Allen's interaction with the Spokane Police Department were received. According to the reports, on August 22, 2025, at about 1:54 p.m., officers responded to the My Fresh Basket located on West Summit Parkway in Spokane, in response to a report of theft and an individual having threatened the complainant with a firearm. Upon arrival, a witness described to officers a subject, later learned to be Mr. Allen, having selected three food items from the store before traveling "upstairs" to eat the items. The witness further described that patrons are required to pay for food in the store, but can then take purchased items upstairs to an area where they can sit and eat the items they had purchased.

The witness further indicated that after the subject's having traveled upstairs, she and the store loss prevention officer confronted the subject, who agreed to pay for the items and who began to travel back downstairs. At that time, the loss prevention officer indicated that the subject began arguing the price of the items, even though he had opened the food and had already begun to consume the items. The report clarified that traveling upstairs in the establishment is traveling past all points of sale in the store. The loss prevention officer described that upon their returning to the main floor, instead of paying for the items, the subject instead began to walk out of the store stating to the loss prevention officer something to the effect of I have a gun, back off, or I will shoot you, while the subject was "reaching around." Another witness later advised officers that she observed the subject push the loss prevention officer with both hands to the chest, causing the officer to "stumble backwards" prior to his departure from the store.

Mr. Allen was located by officers in proximity to the establishment and taken into custody without issue. Witnesses subsequently identified Mr. Allen as being the individual who they had previously described as being in the store. During questioning, Mr. Allen did admit to not paying for the food items, with his stating that he felt that the employees were overcharging him for the food, but he denied threatening anyone with a gun, stating that he did not have a gun and therefore could not threaten someone with a gun. A search of Mr. Allen's person and his backpack revealed no items of concern. The officer concluded the report noting that based on witness statements, to include the statement made by the subject, probable cause existed to arrest the subject for first degree robbery and third degree theft.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Allen, Jerry Glenn
August 26, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 26, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

August 26, 2025

Date